IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-4532 JCH |
| ) | |
| vs. ) | Count 1:  21 U.S.C. § 846: Conspiracy; |
| ) | |
| **EDWARD LUCERO** and **LINDA STYLER**, ) | Count 2:  21 U.S.C. §§ 841 (a)(1) and (b)(1)(B): Distribution of 50 Grams and More of a Mixture and Substance Containing Methamphetamine; and 18 U.S.C. § 2: Aiding and Abetting; |
| Defendants. ) | |
| ) | Counts 3-4:  21 U.S.C. §§ 841(a)(1) and (b)(1)(B):  Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine. |

I N D I C T M E N T

The Grand Jury charges:

Count 1

From on or about July 22, 2015, and continuing to on or about August 27, 2015, in Sandoval County, in the District of New Mexico, the defendants, **EDWARD LUCERO** and **LINDA STYLER**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with each other and with other persons whose names are known and unknown to the Grand Jury to commit an offense against the United States, specifically, distribution of 50 grams and more of a mixture and substance containing a

detectable amount of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

In violation of 21 U.S.C. § 846.

Count 2

On or about July 31, 2015, in Sandoval County, in the District of New Mexico, the defendants, **EDWARD LUCERO** and **LINDA STYLER**, unlawfully, knowingly and intentionally distributed a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

Count 3

On or about August 27, 2015, in Sandoval County, in the District of New Mexico, the defendant, **EDWARD LUCERO**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

Count 4

On or about August 27, 2015, in Sandoval County, in the District of New Mexico, the defendant, **LINDA STYLER**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

FORFEITURE ALLEGATION

Upon conviction of any of the offenses alleged in this Indictment, the defendants, **EDWARD LUCERO** and **LINDA STYLER**, shall forfeit to the United States pursuant to 21

U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offenses in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 for which the defendants are convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, and all property traceable to such including but not limited to the following:

    a)    $1,950 United States Currency.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

12/21/2015 10:46 AM